UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-03206-FWS-DFM Date: November 16, 2026
Title: Sed v. G&M Gapco LLC *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal — Deputy Clerk

N/A — Court Reporter

Attorneys Present for Plaintiff: Not Present

Attorneys Present for Defendants: Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE**

In this case, Plaintiff asserts a federal claim under the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12131 *et seq.*; and a state law claim under California's Unruh Civil Rights Act, California Civil Code §§ 51-53 (the "State Law Claim"). (*See generally* Dkt. 1 (Complaint).) On November 2, 2026, the court issued an Order to Show Cause in writing why the court should exercise supplemental jurisdiction over the State Law Claim, seating a deadline to respond of November 9, 2026. (Dkt. 10 ("OSC").) The court stated clearly that "[f]ailure to adequately comply with this Order may result in dismissal of this action with prejudice and without further notice." (*Id.* at 2.) Now, a week after the deadline, nothing has been filed. (*See generally* Dkt.)

Based on the record, as applied to the relevant law, the court **DISMISSES** the case for lack of prosecution and failure to comply with a court order. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiffs action with prejudice because of his failure to prosecute cannot seriously be doubted."); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[C]ourts may dismiss under Rule 41(b) *sua sponte*, at least under certain circumstances."); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) ("It is within the inherent power of the court to *sua sponte* dismiss a case for lack of prosecution.").